LAW OFFICE OF JILLIAN T. WEISS, P.C.
ATTORNEYS AT LAW
76 CHARLES STREET, NO. 1E
NEW YORK, NEW YORK 10014
------------
(845) 709-3237
FAX: (845) 684-0160

| | |
|---|---|
| JILLIAN T. WEISS | JOSEPH D. WILLIAMS |
| jweiss@jtweisslaw.com | jwilliams@jtweisslaw.com |
| DIRECT DIAL: (845) 709-3237 | DIRECT DIAL (917) 705-4333 |
| ADMITTED IN NEW YORK AND NEW JERSEY ONLY | ADMITTED IN NEW YORK ONLY |

June 17, 2020

**BY ECF**
Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York

### Re: Washburn v. Kingsborough Community College, et al.
### 1:20-cv-00395 (DLI) (RLM)

Dear Judge Irizarry:

I am writing to file a Letter Motion requesting an extension of time for the filing of a response brief to the Defendants' motion to dismiss in the above-entitled action.

The current deadline for filing this brief is Thursday, June 18, 2020. No prior request for extension of time has been made for the filing of this brief.

Defense counsel has consented to a two week extension. Accordingly, Plaintiff respectfully requests an extension of time of 14 days from the current deadline. If the Court approves, the new deadline for filing the response brief would be July 2, 2020.

I thank the Court for its consideration of these requests.

Respectfully submitted,

*s/ Jillian Weiss*

Jillian T. Weiss
Attorney for the Plaintiff

Cc: Rebecca G. Quinn (by ECF)
Assistant Corporation Counsel
The City of New York Law Department