

| JAMES E. JOHNSON<br>*Corporation Counsel* | **The City of New York**<br>**LAW DEPARTMENT**<br>LABOR & EMPLOYMENT LAW<br>DIVISION<br>100 Church Street, 2nd Floor<br>NEW YORK, NEW YORK 10007 | Rebecca G. Quinn<br>Phone: (212) 356-4382<br>Fax: (212) 356-2439<br>Email: rquinn@law.nyc.gov |
|---|---|---|

July 2, 2020

**BY ECF**
Hon. Dora L. Irizarry
United States District Court Judge
Eastern District of New York

Re: <u>Washburn v. Kingsborough Community College, et al.</u>
20-cv-00395 (DLI) (RLM)

Dear Judge Irizarry:

I write to inform the court that the Office of the Corporation Counsel now represents the individual defendant James Capozzi in this matter. As such, Mr. Capozzi respectfully seeks to join in Defendants' Motion to Dismiss pursuant to Rule 12(b)(6) filed on June 3, 2020 (Dkt. No. 24).

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Rebecca G. Quinn
Assistant Corporation Counsel

cc: Jillian T. Weiss, Esq. (By ECF)
Law Office of Jillian T. Weiss, P.C.
*Attorney for Plaintiff*