

**JAMES E. JOHNSON**
*Corporation Counsel*

**The City of New York**
**LAW DEPARTMENT**
LABOR & EMPLOYMENT LAW
DIVISION
100 Church Street, 2nd Floor
NEW YORK, NEW YORK 10007

Rebecca G. Quinn
Phone: (212) 356-4382
Fax: (212) 356-2439
Email: rquinn@law.nyc.gov

July 13, 2020

**BY ECF**
Hon. Dora L. Irizarry
United States District Court Magistrate Judge
Eastern District of New York

Re: <u>Washburn v. Kingsborough Community College, et al.</u>
20-cv-00395 (DLI) (RLM)

Dear Judge Irizarry:

      I write to respectfully request an extension of time to serve and file a reply brief in further support of Defendants' motion to dismiss, filed on June 3, 2020. Plaintiff's brief in opposition of the motion was served on July 2, 2020 and the deadline for filing a reply brief would have been July 10, 2020. I apologize for my failure to make this request in a timely manner.

      Defendants seek an extension until July 31, 2020 to serve their reply brief. Plaintiff has consented to this request. No additional requests for an extension to serve a reply have been made, and no other dates will be impacted by this request.

      Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Rebecca G. Quinn
Assistant Corporation Counsel

cc: Jillian T. Weiss, Esq. (By ECF)
Law Office of Jillian T. Weiss, P.C.
*Attorney for Plaintiff*