**LAW OFFICE OF JILLIAN T. WEISS, P.C.**
**ATTORNEYS AT LAW**
**442 15ᵀᴴ STREET, №1R**
**BROOKLYN, NEW YORK 11215**
------------
**(845) 709-3237**
**FAX: (845) 684-0160**

| JILLIAN T. WEISS | JOSEPH D. WILLIAMS | HENRY E. JONES |
|---|---|---|
| JWEISS@JTWEISSLAW.COM | JWILLIAMS@JTWEISSLAW.COM | HEJONES@JTWEISSLAW.COM |
| DIRECT: (845) 709-3237 | DIRECT: (917) 705-4333 | DIRECT: (212) 365-8849 |
| ADMITTED IN | ADMITTED IN | ADMITTED IN |
| NEW YORK AND NEW JERSEY ONLY | NEW YORK ONLY | NEW YORK ONLY |

**VIA ECF**

December 6, 2020

Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Dr. Red Washburn v. Kingsborough Community College, et al.</u>,
Case No. 1:20-cv-00395-DLI-RLM

Your Honor:

I represent Plaintiff Dr. Red Washburn in the above referenced matter. Defendants moved to dismiss this case on June 23, 2020. After Plaintiff's response papers and Defendant's reply, the motion was fully submitted on July 31, 2020, a little over four months ago.

I am sure that this matter is being diligently pursued amidst the press of the court's business. However, I thought it would be appropriate to inquire as to any indications regarding this matter, as my client has inquired the status from me.

Thank you for any information you can provide.


Respectfully,


Jillian Weiss