```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DR. RED WASHBURN,
```

      Plaintiff,         JUDGMENT
                    20-cv-0395(DLI)(MMH)

      -against-

KINGSBOROUGH COMMUNITY COLLEGE,
DR. JOANNE RUSSELL, DR. EILEEN FERRETTI,
MICKIE DRISCOLL, DR. MICHAEL BARNHART,
JAMES CAPOZZI, DELISE CHUNG, ROXANNA
THOMAS, and CITY UNIVERSITY OF NEW YORK,

      Defendants.
```
------------------------------------------------------------ X
```

  An Opinion and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 29, 2023, granting Defendants' motion to dismiss for failure to state a claim as to Plaintiff's federal claims, which are dismissed with prejudice; declining to exercise supplemental jurisdiction over Plaintiff's New York law claims, which are dismissed without prejudice; it is

  ORDERED and ADJUDGED that Defendants' motion to dismiss for failure to state a claim is granted as to Plaintiff's federal claims, which are dismissed with prejudice; and that the Court declines to exercise supplemental jurisdiction over Plaintiff's New York law claims, which are dismissed without prejudice.

Dated: Brooklyn, NY               Brenna B. Mahoney
   March 31, 2023             Clerk of Court

                      By: */s/Jalitza Poveda*
                         Deputy Clerk