# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DR. RED WASHBURN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-00395 |
| | ) | |
| KINGSBOROUGH COMMUNITY | ) | |
| COLLEGE, DR. JOANNE RUSSELL, | ) | |
| DR. EILEEN FERRETTI, MICKIE | ) | |
| DRISCOLL, DR. MICHAEL | ) | |
| BARNHART , JAMES CAPOZZI, | ) | |
| DELISE CHUNG, ROXANNA | ) | |
| THOMAS, AND THE CITY | ) | |
| UNIVERSITY OF NEW YORK, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Dr. Red Washburn, Plaintiff in the above named action,

hereby appeals to the United States Court of Appeals for the Second Circuit from 1) an

Order in this Action of the United States District Court for the Eastern District of New

York, by Hon. Dora L. Irizarry, granting Defendants' motion to dismiss the Complaint,

entered in this action on March 31, 2021 [Dkt 36]; 2) an Electronic Order dated July 2,

2021, striking the Second Amended Complaint and granting Defendants' Motion to

Dismiss the Second Amended Complaint, in part, and Defendants' Reply in Support;

3) an Order granting Defendants' motion to dismiss the First Amended Complaint,

entered in this action on March 22, 2022 [Dkt 53], 4) an Order granting Defendants'

motion to dismiss the Third Amended Complaint, entered in this action on March 29,

2023 [Dkt 60], and (5) the Clerk's entry of Judgment on March 31, 2023 [Dkt 61].

Dated:  April 26, 2023

*/s/ Jillian T. Weiss*
Law Office of Jillian T. Weiss
Attorney for Plaintiff
242 Main Street # 304
Beacon, New York 12508
(845) 709-3237
Fax: (845) 684-0160

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within Plaintiff's Notice of Appeal was

electronically filed today with the Clerk of Court using the CM/ECF system, which will

automatically send email notification of such filing to counsel of record for Defendants.

Dated: April 26, 2023

*/s/ Jillian T. Weiss*
Law Office of Jillian T. Weiss
Attorney for Plaintiff
242 Main Street # 304
Beacon, New York 12508
(845) 709-3237
Fax: (845) 684-0160